**SHANKMAN LEONE**
Mitchell L. Fraley, Esq. (Pro Hac Vice)
Florida Bar no.: 0132888
mfraley@shankmanleone.com
707 North Franklin Street, Fifth Floor
Tampa, Florida 33602
phone: 813.223.1099
fax: 813.223.1055

**QUARLES & BRADY LLP**
E. Joseph Connaughton (Bar No. 166765)
joe.connaughton@quarles.com
Morgan A. Chase (Bar No. 333573)
morgan.chase@quarles.com
101 W Broadway 9th Floor
San Diego, CA 92101
Tel. No. (619) 237-5200
Fax No. (619) 615-0700

Attorneys for Defendant ENCORE GROUP (USA) LLC

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CRYSTAL TEKESTE, an individual;<br><br>    Plaintiff,<br><br>  vs.<br><br>ENCORE GROUP (USA) LLC, a Delaware limited liability company; and DOES 1 - 50, inclusive,<br><br>    Defendants. | Case No. 24-1267<br><br>**DEFENDANT'S NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that Defendant, ENCORE GROUPM (USA) LLC, by and through its undersigned counsel, hereby gives notice that it has reached a settlement with Plaintiff, CRYSTAL TEKESTE, in the above-styled cause, and that the Parties anticipate completing the settlement documents within the next thirty days.

Dated: June 17, 2024,

                    Respectfully submitted,
                    **SHANKMAN LEONE**

By: /s/ Mitchell L. Fraley
     Mitchell L. Fraley, Esq. (*Pro Hac Vice*)
     Florida Bar no.: 0132888
     mfraley@shankmanleone.com
     707 North Franklin Street
     Fifth Floor
     Tampa, Florida 33602
     phone: 813.223.1099
     fax: 813.223.1055

## **PROOF OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Hillsborough, State of Florida. My business address is 707 N. Franklin Street, Fifth Floor, Tampa, California 33602.

On June 17, 2024, I served true copies of the following document(s) described as: **DEFENDANT'S NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

Haroon Manjlai
Manjlai Law, PC
9431 Haven Avenue, Suite 100
Rancho Cucamonga, CA 91730
Telephone: (951) 268-4384
E-Mail: hm@manjlailaw.com

Attorneys for Plaintiff CRYSTAL TEKESTE

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address mfraley@shankmanleone.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of State of Florida at the foregoing is true and correct.

Executed on June 17, 2024, at Tampa, Florida

*Mitchell Fraley*
Mitchell Fraley

2
DEFENDANT'S NOTICE OF SETTLEMENT